UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:
Case No. 18-cv-877 (*Gary R. Keithley and Brenda S. Keithley v. 3M Company and Arizant Healthcare, Inc.*)

On August 3, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiff's Motion for Leave to Amend Complaint and recommended that Defendants' Motion for Judgment on the Pleadings be granted [Docket No. 43]. Fourteen days later, the parties filed a Joint Stipulation to Stay Case and All Related Deadlines. Their request for a stay was granted. The Court denies Defendants' Motion for Judgment on the Pleadings [Docket No. 23] without prejudice to its renewal upon the lifting of the stay.

IT IS SO ORDERED.

Dated: August 28, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge